KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA K. DOMINGUEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LANDSTAR SYSTEM, INC., a foreign corporation; LANDSTAR EXPRESS AMERICA, INC., a foreign corporation; and RANDALL K. INCE, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive <br><br> Defendants. | CASE NO: 2:22-cv-01623-JAD-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff NATASHA K. DOMINGUEZ and Defendants LANDSTAR SYSTEM, INC., LANDSTAR EXPRESS AMERICA, INC. and RANDALL K. INCE, by and through their respective counsel of record that Plaintiff's claims against Defendants are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

. . .

. . .

15024.0001

| | |
|---|---|
| Dated this 19th day of January 2024. | Dated this 19th day of January 2024 |
| MESSNER REEVES LLP | HICKS & BRASIER, PLLC |
| *[signature]* | /s/ *Betsy C. Jefferis-Aguilar* |
| KARIE N. WILSON, ESQ. | BETSY C. JEFFERIS-AGUILAR, ESQ. |
| Nevada Bar No. 7957 | Nevada Bar No.12980 |
| kwilson@messner.com | baguilar@lvattorneys.com |
| 8945 W. Russell Road, Suite 300 | alyssa@lvattorneys.com |
| Las Vegas, Nevada 89148 | 2630 S. Jones Blvd |
| 702-363-5100 Phone | Las Vegas, Nevada 89146 |
| *Attorneys for Defendants* | (702) 628-9888 |
| | *Attorneys for Plaintiff* |

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

Based on the parties' stipulation [ECF No. 38] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Court Judge
March 21, 2024

Respectfully submitted by:

MESSNER REEVES LLP

*[signature]*
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
KWilson@messner.com
*Attorneys for Defendants*

15024.0001